# In the United States District Court for the Southern District of Georgia Brunswick Division

GRANT PARKER SHUMANS,

    Plaintiff,

v.                                  CV 222-008

GROENDYKE TRANSPORT,

    Defendant.

## ORDER

Before the Court is Plaintiff Grant Shumans's Notice of Voluntary Dismissal, no. 31, wherein he notifies the Court that he wishes to dismiss all claims asserted in this action without prejudice. The notice complies with Federal Rule of Civil Procedure 41(a)(1)(A)(i) (dismissal before an opposing party serves an answer or motion for summary judgment). Accordingly, all claims asserted in this action are **DISMISSED without prejudice.** Each party shall bear its own fees and costs. The Clerk is **DIRECTED** to close this case.

**SO ORDERED,** this 3 day of November, 2022.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA